United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

CELESTE CASTILLO, et al.,

Plaintiffs,

v.

AMOS MICHAEL FARAON, et al.,

Defendants.

Case No. 24-cv-06898-RMI

**STIPULATED FINAL JUDGMENT**

Pursuant to their settlement agreement reached at the settlement conference on October 19, 2026, where all material terms were placed on the record, the parties stipulate to entry of final judgment in favor of the plaintiffs and against the defendants Amos Michael Faraon and Reed Mountain Pharms Inc. in the amount of $35,000, inclusive of fees and costs, with all appeal rights waived. As part of the settlement, the plaintiffs dismiss the PAGA claim.

**STIPULATED:**

Dated: October 19, 2026

Carlos Jato, Counsel for Plaintiffs

Linda Mitlyng (Oct 28, 2026 10:17:01 PDT)

Linda Mitlyng, Counsel for Defendants

Celeste Castillo (Oct 21, 2026 19:13:59 PDT)

Celeste Castillo, Plaintiff

Natacha Damphousse (Oct 28, 2026 07:50:09 GMT+1)

Natacha Damphousse, Plaintiff

Agustin Argaranaz (Oct 20, 2026 22:34:04 GMT+2)

Augustin Arganaraz, Plaintiff

Amos Faraon (Nov 6, 2026 11:57:13 PST)

Amos Michael Faraon, Defendants

Pursuant to the parties' stipulation, judgment is entered in favor of the plaintiffs and against the defendants in the amount of $35,000, inclusive of fees and costs.

**IT IS SO ORDERED.**

Dated: November 9, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California