United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CELESTE CASTILLO, et al.,<br>Plaintiffs,<br>v.<br>AMOS MICHAEL FARAON, et al.,<br>Defendants. | Case No. 24-cv-06898-RMI<br><br>**JUDGMENT** |

On November 9, 2026, the court entered an order granting the parties' stipulation to entry of final judgment. Pursuant to Federal Rule of Civil Procedure 58, the court hereby **ENTERS** judgment in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 10, 2026

ROBERT M. ILLMAN
United States Magistrate Judge